RUTH WEISSFELD, Landlord, Appellant, *v.* HARRY SUMMERS, Tenant, Respondent.

Supreme Court, Appellate Term, Second Department, October 6, 1949.

*Seymour C. Simon* for appellant.

*Harry Summers,* respondent in person.

*Per Curiam.* The court below was without power to reduce the tenant's rent based upon an alleged decrease in the minimum

services. The remedy, if any, is by appropriate application to the Housing Expediter under paragraph (3) of subdivision (b) and paragraph (3) of subdivision (c) of section 5 of the Federal Controlled Housing Rent Regulation (*Penner* v. *Geller,* 193 Misc. 821; *G. M. G. Realty Co.* v. *Spring,* 191 Misc. 945).

The final order should be unanimously modified upon the law by increasing the amount of the recovery to $75 with disbursements, and as so modified, affirmed, with $25 costs to landlord.

STEINBRINK, FENNELLY and RUBENSTEIN, JJ., concur.

Ordered accordingly.